# United States Court of Appeals for the Federal Circuit

---

**THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,**
*Appellant*

v.

**SATCO PRODUCTS, INC.,**
*Appellee*

---

2023-1356

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00662.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART, AND REMANDED**

FOR THE COURT

December 4, 2024
Date

Jarrett B. Perlow
Clerk of Court